**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Insurance Solutions of America v. Superstars, LLC

Appellate case number:   01-16-00560-CV

Trial court case number:  2014-53783

Trial court:           281st District Court of Harris County

The appellate record was due in this appeal on August 15, 2016. The clerk's record was filed on August 8, 2016. On August 16, 2016, the Clerk of the Court notified appellant that the court reporter had informed the Court that appellant had not paid, or made arrangements to pay, the reporter's fee for preparing the record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless, on or before September 15, 2016, it filed proof that it had paid, or had made arrangements to pay, the reporter's fee for preparing the record, the Court may consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record). Appellant did not respond. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

Appellant's brief must be filed **on or before October 27, 2016**.

Appellee's brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                  ☒ Acting individually

Date: September 27, 2016